UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RBC BANK (USA), successor in name change to RBC CENTURA BANK,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES JOHN SUMNER,<br><br>    Defendant. | Civil Action No.<br>11-cv-04213 (JLL)(MAH)<br><br>FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT JAMES JOHN SUMNER |

Defendant, James John Sumner ("Defendant"), having been duly served with a copy of the Summons and Complaint in the above-captioned action; and Defendant having failed to appear, answer, plead or otherwise defend within the time period prescribed by the rules of this Court; and default having been entered against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and Defendant not being a minor, an incompetent person, or a person presently serving in the military; and plaintiff RBC Bank (USA), successor in name change to RBC Centura Bank ("RBC Bank"), having filed Affidavits and Certifications setting forth the basis of its claim in accordance with the Federal Rules of Civil Procedure; and for good cause shown;

**IT IS ON THIS** _16_ day of _FEB_, 20_12_;

**ORDERED**, that final judgment by default be, and hereby is, entered in favor of RBC Bank and against Defendant, James John

2622342-01

Sumner, in the amount of $110,504.15, representing the total unpaid principal and interest due and owing as of December 6, 2011, plus $8,151.13, representing the attorneys' fees and costs incurred by RBC Bank in connection with this matter, plus $ _1433.49_, representing the per diem interest due and owing from December 7, 2011 through and including _February 16_, 20_12_, the date of entry of Final Judgment by Default, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure on the claims asserted by RBC Bank in its Complaint dated July 21, 2011 (Docket No. 1); and it is further

**ORDERED** that a true copy of this Order shall be served upon Defendant and all counsel of record within _7_ days from the date of receipt hereof.

_____
Hon. Jose L. Linares, U.S.D.J.

2

2622342-01